# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JORGE PEREZ, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HITT CONTRACTING, INC., *et al.*, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:24-mc-00031 |

## PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedures, and Local Rules 104 and 105, Plaintiffs respectfully request that this Court (1) compel Edgar Jimenez to produce documents; and (2) award Plaintiffs' reasonable costs and attorneys' fees incurred in preparing for a deposition scheduled on March 14, 2024, and bringing this Motion. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

Dated: June 26, 2024         By:   /s Jacqueline C. Canzoneri
                                                        Jacqueline C. Canzoneri (Bar No. 22080)
                                                        O'DONOGHUE & O'DONOGHUE LLP
                                                        5301 Wisconsin Ave., N.W., Suite 800
                                                        Washington, D.C. 20015
                                                        jcanzoneri@odonoghuelaw.com
                                                        Telephone No.: (202) 362-0041
                                                        Facsimile No.: (202) 362-2640
                                                        *Attorney for Plaintiff*