**EXHIBIT 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JORGE PEREZ, *et al.*, | ) | |
| | ) | Case No. 1:24-mc-00031 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITT CONTRACTING, INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF DEPOSITION</u>

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 30(b)(1), 45, and 69(a)(2), hereby notice the deposition of Defendant-Debtor Edgar Jimenez at the time and place as follows:

> **MARCH 14, 2024 at 10:00 AM**
> O'Donoghue & O'Donoghue LLP
> 5301 Wisconsin Avenue, NW, Suite 800
> Washington, D.C. 20015

The deposition will be recorded by stenographic means or real time equipment and video.

As required by Rule 45(b)(1) of the federal Rules of Civil Procedure, a witness fee for $40.000 and a mileage allowance of $6.37 are enclosed.

Dated: February 12, 2024

By:     /s/ Jacqueline C. Canzoneri
            Jacqueline C. Canzoneri (Bar No. 22080)
            O'Donoghue & O'Donoghue LLP
            5301 Wisconsin Avenue, NW
            Suite 800
            Washington, D.C. 20015
            (202) 362-0041
            (202) 362-2640
            jcanzoneri@odonoghuelaw.com
            *Attorney for Plaintiffs*

## EXHIBIT A

## ATTACHMENT TO SUBPOENA

### *DEFINITIONS*

1. "Documents" – The term "documents" as used in these requests means any non-privileged documents or electronically store information, including but not limited to notices, letters, e-mails, contracts, and writings stored in any medium including computers, tablets, videotapes, DVDs, CDs, tapes, mobile phones, or any other medium from which information can be obtained.

2. "Communications" – The term "communications" as used in these requests means the transmittal of information by any means.

3. "You", "your" and "yours" – The terms "you", "your", and "yours" as used in these requests refer to Edgar Jimenez, his agents, attorneys and all other persons acting on his behalf or authorized to produce requested documents.

4. "Work" – The term "work" as used in these requests shall mean the labor performed by Plaintiffs on the Project, as defined below.

5. "Project" – The term "project" as used in these requests refers to the new construction project located at 300 M Street, NE, Washington, D.C. 20002.

6. The term "300 M Street Litigation" means the litigation captioned *Perez, et al. v. HITT Contracting, Inc. et al.*, docketed in the United States District Court for the District of Columbia and assigned Case No. 1:22-cv-03156-TSC and docketed in the United States District Court for the District of Maryland and assigned Case No. 1:24-mc-00031.

## *DOCUMENTS FOR PRODUCTION*

1. Any and all documents or communications regarding payments between HITT Contracting, Inc. and you related to the Project.

2. Any and all documents or communications regarding payments between Brother's Mechanical Inc. and you related to the Project.

3. Any and all documents or communications regarding the creation of any other company owned by you.

4. Any and all records identifying any income received by you from October 2021 to the present.

5. Any writs of execution or notices of levy against you.

6. Any and all documents identifying any guarantees of your debts by any individual or entity.

7. All bank account records, check registers, and bank statements or correspondence for Edgar Jimenez from October 2021 to the present, without regard to whether such accounts are held solely in your name or jointly with another person or another entity.

8. All loan or line of credit application materials, correspondence, or other related documents for Edgar Jimenez from October 2021 to the present.

9. All correspondence with banks or any other financial institution from October 2021 to the present.

10. All state and federal tax returns, and Forms W-2 and 1099, with all attachments and schedules, for tax years 2021 and 2022.

11. All documents or communications relating to the transfer of any property, real or personal, by you, or any other entity owned by you, including, but not limited to, Lots 73 and 74 described as Noah's Landing PB 8/1942-1952 in Louisa County, Virginia.

12. All documents or communications concerning or relating to the Plaintiffs.

13. All documents or communications concerning or relating to the 300 M Street Litigation.

## INSTRUCTIONS

1. Please contact Andrew-Costa Kelser or Jacqueline Canzoneri, attorneys for the Plaintiffs, at (202) 362-0041 to discuss the details of this Subpoena.

2. If the return time or location is not convenient, contact Andrew Costa-Kelser or Jacqueline Canzoneri to reschedule the date and/or time for the deposition and production of records.

3. The time period for documents requested by this subpoena is October 1, 2021 to the present.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JORGE PEREZ, *et al.*, | ) | |
| | ) | Case No. 1:24-mc-00031 |
| Plaintiffs, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| HITT CONTRACTING, INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I caused the foregoing to be served by overnight mail and electronic mail on the following, and provided to a private process server for service:

Edgar Jimenez
3400 Potomac Ave., Unit 1217
Arlington, VA 22202
ejimenez@daycjplumbing.com
daycj.plumbing@yahoo.com


/s  Jacqueline C. Canzoneri

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: _____

*(Name of person to whom this subpoena is directed)*

❏  Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

❏  *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ <br> *Signature of Clerk or Deputy Clerk* | | _____ <br> *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3) *Quashing or Modifying a Subpoena.***

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# EXHIBIT 2

██████████████████████████████████████████

██████████████████████████████

████████

████████

---

**From:** Edgar Jimenez <daycj.plumbing@yahoo.com>
**Sent:** Wednesday, April 17, 2024 1:20 PM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>; Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement

Ok thank you.

Thank you,

Edgar Jimenez | President

Day CJ Plumbing & Mechanical, Inc

Mobile: 240-426.2158

On Wednesday, April 17, 2024, 12:19 PM, Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com> wrote:

> Edgar,
>
> Hope you're well.  Yes, the deposition is tomorrow at 9:00 AM.  You'll also need to bring the documents identified in the subpoena.
>
> Thank you,
>
> Jacqueline

**From:** Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Sent:** Wednesday, April 17, 2024 1:17 PM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>; Edgar Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement


Hi Jacqueline,

Just to confirm we still for the deposition tomorrow at 9:00 AM, please confirm, thank you.


Get Outlook for iOS

---

**From:** Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Sent:** Friday, April 5, 2024 1:19:27 PM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>; Edgar Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement


Ok thank you.


Get Outlook for iOS

---

**From:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>
**Sent:** Friday, April 5, 2024 10:55:12 AM
**To:** Edgar Jimenez <daycj.plumbing@yahoo.com>; Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment Enforcement


Edgar,


The deposition will be held on April 18, 2024 at 9:00 AM at our office, O'Donoghue & O'Donoghue LLP, located at 5301 Wisconsin Ave., NW,

Suite 800, Washington, D.C. 20015.  The first attachment is the Notice of
Deposition that shows the documents you must bring with you on April
18.  The second attachment is the original Notice of Deposition and
Subpoena packet you were previously served.


Thank you,

Jacqueline

---

**From:** Edgar Jimenez <daycj.plumbing@yahoo.com>
**Sent:** Wednesday, April 3, 2024 3:19 PM
**To:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Cc:** Edgar Jiménez <edgarjjimenez1985@gmail.com>; Jacqueline
Canzoneri <jcanzoneri@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement


Andrew,

Yes i will be able on the week of April 15th. Please let me  know the date
and time.


Sincerely,

Edgar Jimenez

DAYCJ, President.

Cell. 240-4262158

. 240-4912430


> On Mar 25, 2024, at 11:02 AM, Andrew Costa-Kelser
> <AKelser@odonoghuelaw.com> wrote:


> Mr. Jimenez,

Hope you're well.  As you know, you came to our office on Friday, March 15, 2024 – not March 14, 2024.  Furthermore, you failed to appear at a deposition scheduled for March 14, 2024, and failed to bring documents in response to a subpoena that required you to produce the documents no later than March 14, 2024.  **We will be moving for a motion to hold you in contempt for failing to appear at the deposition and provide the required documents unless you provide us with your availability, and agree to provide the documents requested on the date of the deposition.  What is your availability for a deposition during the week of April 15, 2024?**



Thanks,

---

Andrew Costa-Kelser

<image001.png>

325 Chestnut Street

Suite 600

Philadelphia, PA  19106

T: (215) 629-4970

E: akelser@odonoghuelaw.com

---

**From:** Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Sent:** Monday, March 25, 2024 11:46 AM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>;
Edgar Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment
Enforcement



█ Outlook for iOS

---

**From:** Jacqueline Canzoneri
<jcanzoneri@odonoghuelaw.com>
**Sent:** Thursday, March 14, 2024 9:15:56 AM
**To:** Edgar Jiménez <edgarjjimenez1985@gmail.com>; Edgar
Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment
Enforcement


Edgar,

Hope you're well.  As you know, on February 19, 2024, we sent you the attached Notice of Deposition and Subpoena to Testify and Produce Records, scheduling the deposition and date to produce documents for March 14, 2024, at 10:00 a.m.  You were also served with these papers on February 20, 2024.


It is 10:15 a.m. on March 14, 2024, and we're sitting here with the Court Reporter and you're not here.  If you fail to appear by 10:30 a.m., we'll go on the record to reflect that you failed to appear or produce documents in response to the Subpoena and Notice of Deposition.  We'll submit the transcript as part of our motion to the Court.


Thanks,

Jacqueline

---

**From:** Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Sent:** Monday, February 19, 2024 6:03 PM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>; Edgar Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement


I got it.


Get Outlook for iOS

---

**From:** Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Sent:** Monday, February 19, 2024 6:02:55 PM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>; Edgar Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>

**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement

Thank you for the notification, I revived.

Get Outlook for iOS

---

**From:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>
**Sent:** Monday, February 19, 2024 12:15:20 PM
**To:** edgarjjimenez1985@gmail.com <edgarjjimenez1985@gmail.com>; Edgar Jimenez <daycj.plumbing@yahoo.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment Enforcement

Edgar,

As discussed on the phone, we have scheduled a deposition on March 14 at 10:00am, which you are required to attend. Please see the attached Notice of Deposition and Subpoena for Documents.

Please confirm receipt and let us know if you have any questions.

Thank you,

Jacqueline

---

**From:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Sent:** Thursday, February 15, 2024 2:44 PM

**EXHIBIT 3**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Jorge Perez, et al.**

                            Plaintiff(s)

                                                Case No.: 1:24-mc-00031

                                          *vs.*

**Hitt Contracting, Inc., et al.**

                            Defendant(s)

### AFFIDAVIT OF SERVICE

I, Trevor Dylan Arnold, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Deposition Subpoena Duces Tecum with Exhibit A and Notice of Deposition in the above entitled case.

That on 02/20/2024 at 7:43 PM, I personally served Edgar Jimenez with the Deposition Subpoena Duces Tecum with Exhibit A and Notice of Deposition at 13301 Center Lake Drive, Apartment 2108, Austin, Texas 78753.

Edgar Jimenez is described herein as:

Gender: Male   Race/Skin: Hispanic   Age: 30s   Weight: 160   Height: 5'5"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

21 Feb 2024

Executed On



Trevor Dylan Arnold

Client Ref Number:N/A
Job #: 1631371

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050  --  FAX 202 667-2520

info@capitolprocess.com

**Due By: 03/24/2024**
Invoice Date: 2/23/2024
Invoice #: 1631371
Job#: 1631371
Client File#: N/A

Andrew Costa-Kelser, Esquire
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015

**TOTAL INVOICE AMOUNT DUE**

$610.00

- - - - - -                                                                          - - - - - - -

**Job #:** 1631371   **Client Matter #:** N/A
**Plaintiff:** Jorge Perez, et al.
**Defendant:** Hitt Contracting, Inc., et al.
**Case No.** 1:24-mc-00031

**Recipient:**
Edgar Jimenez
13301 Center Lake Drive, Apartment 2108,
Austin, Texas 78753

**Date Received:**
2/12/2024
**Completed:**
2/20/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee (Witness Fee Tendered / Voided) | 1 | $10.00 | $10.00 |
| Attempted Service of Process - RUSH: | 1 | $150.00 | $150.00 |
| 3400 Potomac Avenue, Unit 1217, Arlington, Virginia 22202 | | | |
| Location Service: | 1 | $250.00 | $250.00 |
| 13301 Center Lake Drive, Apartment 2108, Austin, Texas 78753 | | | |
| Service of Process: | 1 | $150.00 | $150.00 |
| 13301 Center Lake Drive, Apartment 2108, Austin, Texas 78753 | | | |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | **Job Total Due =** | $610.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                                 **$610.00**

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN: 52-2283731



**EXHIBIT 4**

Title: Billed Time Detail

| Date | Timekeeper | Hours | Billed | Narrative |
|---|---|---|---|---|
| 3/13/2024 | CANZONERI, JACQUELINE | 1.00 | $288.00 | Prepare exhibits; Review deposition outline and prepare for E. Jimenez deposition. |
| 3/14/2024 | CANZONERI, JACQUELINE | 0.50 | $144.00 | Prepare, attend E. Jimenez deposition; Attempt correspondence with E. Jimenez regarding appearance. |
| 3/15/2024 | CANZONERI, JACQUELINE | 0.50 | $144.00 | Office meeting with E. Jimenez to discuss failure to appear at deposition and produce documents. |
| 5/6/2024 | CANZONERI, JACQUELINE | 1.50 | $432.00 | Research regarding Motion to Compel for E. Jimenez; Draft Motion to Compel Production of Documents and for Sanctions. |
| **Total** | | | **$1,008.00** | |

# EXHIBIT 5

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jacqueline Canzoneri<br>O'Donoghue & O'Donoghue<br>5301 Wisconsin Avenue NW<br>Suite 800<br>Washington, DC, 20015 | **Invoice #:** | **7279329** |
| | | **Invoice Date:** | **3/22/2024** |
| | | **Balance Due:** | **$616.10** |

| **Case: Perez, Jorge Et Al  v. HITT Contracting Inc Et Al (1:24mc00031)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6466143    |    Job Date: 3/14/2024   |   Delivery: Expedited          Out of State: District of Columbia

| Location: | Washington, DC |
| Billing Atty: | Jacqueline Canzoneri |
| Scheduling Atty: | Jacqueline Canzoneri | O'Donoghue & O'Donoghue |

| **Witness: Edgar  Jimenez** | **Amount** |
|---|---|
| Transcript Services | $275.00 |
| Professional Attendance | $175.00 |
| Exhibits | $9.10 |
| Logistics, Processing & Electronic Files | $143.00 |
| Expenses | $14.00 |

| Notes: | **Invoice Total:** | **$616.10** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$616.10** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Bank Addr:**311 W. Monroe Chicago, IL 60606<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  7279329**<br>**Invoice Date:   3/22/2024**<br>**Balance Due:  $616.10** |
|---|---|---|

Pay by Credit Card: www.veritext.com

# EXHIBIT 6

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3    - - - - - - - - - - - - - - - +

4    JORGE PEREZ, et al.,

5         Plaintiffs

6    v.                                    Case Number:

7    HITT CONTRACTING, INC., et al.,       1:24-MC-00031

8         Defendants

9    - - - - - - - - - - - - - - - +

10

11

12

13                  STATEMENT ON THE RECORD

14       FOR THE PROPOSED DEPOSITION OF EDGAR JIMENEZ

15                    Washington, D.C.

16                 Thursday, March 14, 2024

17                      10:39 a.m.

18

19

20

21

22   Job No. PA 6466143

23   Pages: 1 - 9

24   Transcribed by:  Danielle E. Lawrence

Page 2

1          On the 14th day of March, 2024, the statement on

2     the record was taken for the proposed deposition of

3     Edgar Jimenez, at O'Donoghue & O'Donoghue LLP,

4     5301 Wisconsin Avenue Northwest, Suite 800,

5     Washington, D.C. 20015.

6          This proceeding was stenographically transcribed

7     by Danielle E. Lawrence, Shorthand Reporter and Notary

8     Public in and for the State of Maryland.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 3

1                    A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFFS:

3          JACQUELINE C. CANZONERI, ESQUIRE

4          O'Donoghue & O'Donoghue LLP

5          5301 Wisconsin Avenue Northwest, Suite 800

6          Washington, D.C. 20015

7          Telephone: (202) 362-0041

8          jcanzoneri@odonoghuelaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 4

1                    C O N T E N T S

2     STATEMENT ON THE RECORD                    PAGE

3     By Ms. Canzoneri                             5

4

5

6

7

8

9

10

11                    E X H I B I T S

12              (Attached to the transcript.)

13    EDGAR JIMENEZ                              PAGE

14    Plaintiff's 1    Notice of Deposition      5

15    Plaintiff's 2    Email chain               6

16    Plaintiff's 3    Email chain               6

17    Plaintiff's 4    Email chain               7

18    Plaintiff's 5    Affidavit of Service      8

19    Plaintiff's 6    Email to Mr. Jimenez      8

20

21

22

23

24

1                P R O C E E D I N G S

2            MS. CANZONERI:  My name is Jacqueline Canzoneri,

3    counsel for the Plaintiffs, in Case

4    Number 1:24-MC-00031.  It is March 14th at 10:35 in the

5    morning.  I'd like to introduce Plaintiff's Exhibit 1,

6    which is a notice of deposition dated February 12, 2024.

7    The time specified for the deposition is February 12th

8    -- is March 14, 2024 at 10:00 in the morning, at the

9    office of O'Donoghue & O'Donoghue LLP, located at

10   5301 Wisconsin Avenue Northwest, suite 800,

11   Washington, D.C. 20015.

12            (Plaintiff's Exhibit 1 marked for identification

13   and attached to the transcript.)

14            It has been more than 30 minutes after the time

15   the deposition was scheduled and Mr. Jimenez has not

16   appeared for the deposition.  Plaintiff's counsel was

17   not contacted before this deposition by Mr. Jimenez to

18   indicate that he would not appear today or, otherwise,

19   request a change of the time or date of this deposition.

20            I'd like to introduce Plaintiff's Exhibit 2,

21   which is an email exchange showing that on

22   February 12th, I provided the notice of deposition,

23   which is Exhibit 1, to a private service processor to

24   serve Mr. Jimenez at 3400 Potomac Avenue, unit 1217,

Page 6

1    Arlington, Virginia 22202.

2             (Plaintiff's Exhibit 2 marked for identification

3    and attached to the transcript.)

4             Now, I'd like to introduce Plaintiff's

5    Exhibit 3, which is an email from the process server

6    stating that the current resident at the Potomac Avenue

7    address believes that Mr. Jimenez is the previously

8    resident at that location.  On February 15, 2024,

9    Edgar Jimenez called my office and spoke to me and my

10   colleague Andrew Costa-Kelser.  Edgar asked about a

11   garnishment that was served on his bank.

12            (Plaintiff's Exhibit 3 marked for identification

13   and attached to the transcript.)

14            Mr. Costa-Kelser explained that our office

15   represents the Plaintiffs in this case and there's a

16   judgment entered by the Federal District Court for the

17   District of Columbia against him personally and his

18   company, DCJ, and we are executing on the judgment.

19            In addition, Mr. Costa-Kelser asked Edgar where

20   he is currently living.  Edgar stated that he lived at

21   3400 Potomac Avenue, unit 1217, in Arlington, Virginia.

22   He also said that his phone number is 240-426-2158.

23            Mr. Costa-Kelser then told Edgar that we are

24   attempting to serve him the notice of deposition, which

Page 7

1    is Exhibit 1, and that a deposition was scheduled for

2    March 14, 2024 at 10:00 in the morning at this office.

3    Edgar stated that he would appear.

4         Mr. Costa-Kelser asked Edgar for his email, so

5    that we could email him a copy of the notice of

6    deposition.  Mr. Jimenez stated that his email was

7    edgarjjimenez1985@gmail.com.

8         I'd like to introduce Plaintiff's Exhibit 4,

9    which shows that on February 19th, I emailed

10   Mr. Jimenez, at the email address just read into the

11   record, the notice of deposition, which is Exhibit 1.

12   And on that same day, Mr. Jimenez replied to my email

13   and said thank you for the notification, I received.

14   And then he replied a second time that day stating, I

15   got it.

16        (Plaintiff's Exhibit 4 marked for identification

17   and attached to the transcript.)

18        Now, I'd like to introduce Plaintiff's

19   Exhibit 5, which is an affidavit of service, that on

20   February 20, 2024, Mr. Jimenez was served with

21   Exhibit 1, the notice of deposition, by private service

22   processor.  Yesterday on March 13, 2024,

23   Mr. Costa-Kelser called Mr. Jimenez at the telephone

24   number read into the record.  Mr. Jimenez did not

1    answer.

2              (Plaintiff's Exhibit 5 marked for identification

3    and attached to the transcript.)

4              Today, at 10:15 in the morning, I emailed

5    Mr. Jimenez and asked him whether he was going to appear

6    for the deposition.  I'm introducing Plaintiff's

7    Exhibit 6, which is a copy of that email to Mr. Jimenez.

8    At this time, I have not received a response.  In

9    addition, Mr. Costa-Kelser has called Mr. Jimenez at

10   10:15 this morning and left him a voicemail.

11   Mr. Jimenez did not answer and has not returned the

12   phone call.

13             (Plaintiff's Exhibit 6 marked for identification

14   and attached to the transcript.)

15             The time is now 10:39, the deponent has not

16   appeared.  Considering 39 minutes has passed since the

17   scheduled start time of this deposition, and the

18   Plaintiffs have waited a reasonable amount of time for

19   his appearance, let the record reflect that

20   Edgar Jimenez has failed to comply with his legal

21   obligation under the notice of deposition dated

22   February 12, 2024.  At this time, Counsel asks that the

23   court reporter close the record.

24             (Statement on the record ended at 10:39 a.m.)

Page 9

1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2

3           I, Danielle Lawrence, court reporter, the

4      officer before whom the foregoing proceedings were

5      heard, do hereby certify that the foregoing transcript

6      and said proceedings were taken by me stenographically

7      and thereafter reduced to typewriting under my

8      supervision; and that I am neither counsel for, related

9      to, nor employed by any of the parties to this case and

10     have no interest, financial or otherwise, in its

11     outcome.

12               IN WITNESS WHEREOF, I have hereunto set my

13     hand this 15th day of March, 2024.

14

15

16

17

18

19

20

21

22     _____

23           NOTARY PUBLIC IN AND FOR THE

24           STATE OF MARYLAND

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JORGE PEREZ, *et al.*, | ) | |
| | ) | Case No. 1:24-mc-00031 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITT CONTRACTING, INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 30(b)(1), 45, and 69(a)(2), hereby notice the deposition of Defendant-Debtor Edgar Jimenez at the time and place as follows:

> **APRIL 18, 2024 at 9:00 AM**
> O'Donoghue & O'Donoghue LLP
> 5301 Wisconsin Avenue, NW, Suite 800
> Washington, D.C. 20015

This date was mutually selected by the parties because Mr. Jimenez did not appear for the original, properly noticed deposition scheduled for March 14, 2024. The deposition will be recorded by stenographic means or real time equipment and video.

Dated: April 5, 2024

By:  /s/ Jacqueline C. Canzoneri
Jacqueline C. Canzoneri (Bar No. 22080)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
(202) 362-0041
(202) 362-2640
jcanzoneri@odonoghuelaw.com
*Attorney for Plaintiffs*

**EXHIBIT A**

**ATTACHMENT TO SUBPOENA**

***DEFINITIONS***

1. "Documents" – The term "documents" as used in these requests means any non-privileged documents or electronically store information, including but not limited to notices, letters, e-mails, contracts, and writings stored in any medium including computers, tablets, videotapes, DVDs, CDs, tapes, mobile phones, or any other medium from which information can be obtained.

2. "Communications" – The term "communications" as used in these requests means the transmittal of information by any means.

3. "You", "your" and "yours" – The terms "you", "your", and "yours" as used in these requests refer to Edgar Jimenez, his agents, attorneys and all other persons acting on his behalf or authorized to produce requested documents.

4. "Work" – The term "work" as used in these requests shall mean the labor performed by Plaintiffs on the Project, as defined below.

5. "Project" – The term "project" as used in these requests refers to the new construction project located at 300 M Street, NE, Washington, D.C. 20002.

6. The term "300 M Street Litigation" means the litigation captioned *Perez, et al. v. HITT Contracting, Inc. et al.*, docketed in the United States District Court for the District of Columbia and assigned Case No. 1:22-cv-03156-TSC and docketed in the United States District Court for the District of Maryland and assigned Case No. 1:24-mc-00031.

### DOCUMENTS FOR PRODUCTION

1. Any and all documents or communications regarding payments between HITT Contracting, Inc. and you related to the Project.

2. Any and all documents or communications regarding payments between Brother's Mechanical Inc. and you related to the Project.

3. Any and all documents or communications regarding the creation of any other company owned by you.

4. Any and all records identifying any income received by you from October 2021 to the present.

5. Any writs of execution or notices of levy against you.

6. Any and all documents identifying any guarantees of your debts by any individual or entity.

7. All bank account records, check registers, and bank statements or correspondence for Edgar Jimenez from October 2021 to the present, without regard to whether such accounts are held solely in your name or jointly with another person or another entity.

8. All loan or line of credit application materials, correspondence, or other related documents for Edgar Jimenez from October 2021 to the present.

9. All correspondence with banks or any other financial institution from October 2021 to the present.

10. All state and federal tax returns, and Forms W-2 and 1099, with all attachments and schedules, for tax years 2021 and 2022.

11. All documents or communications relating to the transfer of any property, real or personal, by you, or any other entity owned by you, including, but not limited to, Lots 73 and 74 described as Noah's Landing PB 8/1942-1952 in Louisa County, Virginia.

12. All documents or communications concerning or relating to the Plaintiffs.

13. All documents or communications concerning or relating to the 300 M Street Litigation.

### INSTRUCTIONS

1. Please contact Andrew-Costa Kelser or Jacqueline Canzoneri, attorneys for the Plaintiffs, at (202) 362-0041 to discuss the details of this Subpoena.

2. If the return time or location is not convenient, contact Andrew Costa-Kelser or Jacqueline Canzoneri to reschedule the date and/or time for the deposition and production of records.

3. The time period for documents requested by this subpoena is October 1, 2021 to the present.

# EXHIBIT 8

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF MARYLAND

3        _____

4    JORGE PEREZ, ALEJANDRA TORRES,

5    and ARYS SOLANO,

6              Plaintiffs,

7         v.                          Case No.

8    HITT CONTRACTING, INC.,          1:24-MC-00031

9    BROTHER'S MECHANICAL, INC.,

10   DAYCJ PLUMBING AND MECHANICAL

11   INC., and EDGAR JIMENEZ,

12             Defendants.

13       _____

14

15

16

17

18

19

20

21

22

Page 2

1          DEPOSITION OF
2          EDGAR JIMENEZ
3   DATE:          Thursday, April 18, 2024
4   TIME:          9:09 a.m.
5   LOCATION:      O'Donoghue & O'Donoghue, LLP
6          5301 Wisconsin Avenue, Northwest, Suite
7          800
8          Washington, DC 20015
9   REPORTED BY:  Matthew Yancey
10  JOB NO.:      6640690
11
12
13
14
15
16
17
18
19
20
21
22

Page 3

1   A P P E A R A N C E S
2   ON BEHALF OF PLAINTIFFS JORGE PEREZ, ALEJANDRA TORRES,
3   AND ARYS SOLANO:
4       JACQUELINE CANZONERI, ESQUIRE
5       ANDREW COSTA-KELSER, ESQUIRE
6       O'Donoghue & O'Donoghue, LLP
7       5301 Wisconsin Avenue, Northwest
8       Washington, DC 20015
9       jcanzoneri@odonoghuelaw.com
10      akelser@odonoghuelaw.com
11      (202) 362-0041
12
13  ON BEHALF OF DEFENDANT HITT CONTRACTING, INC.:
14      EDGAR JIMENEZ, PRO SE
15      13301 Center Lake Drive
16      Austin, TX 78753
17      edgarjimenez1985@gmail.com
18      (240) 426-2158
19
20
21
22

Page 4

1            I N D E X
2   EXAMINATION:              PAGE
3     By Ms. Canzoneri          8
4     By Mr. Costa-Kelser       79
5     By Ms. Canzoneri          81
6     By Mr. Costa-Kelser       115
7
8            E X H I B I T S
9   NO.       DESCRIPTION       PAGE
10  Exhibit 1     Default Judgment to Defendants
11          DayCJ Plumbing & Mechanical Inc.
12          And Edgar Jimenez       16
13  Exhibit 2     Registered Foreign Judgment in
14          The District of Maryland      17
15  Exhibit 3     Registration of DC Judgement in
16          Eastern District of Virginia     17
17  Exhibit 4     Subpoena to Testify at a
18          Deposition in a Civil Action     18
19  Exhibit 5     Affidavit of Service Dated 2/21/24  19
20  Exhibit 6     Email Exchange Between Counsel
21          And Edgar Jimenez       20
22  Exhibit 7     Updated Notice of Deposition

Page 5

1          Dated 4/18/24        21
2   Exhibit 8     Entity Information for Day-Debut
3          Mechanical Incorporated       27
4   Exhibit 9     Articles of Incorporation for
5          Day-Debut Mechanical Incorporated  28
6   Exhibit 10    Letters Sent to Noel Ayala
7          Regarding Unpaid Wages        66
8   Exhibit 11    Application for Reinstatement for
9          NPA Equity Investments, LLC      73
10  Exhibit 12    Land and Value Information for
11          Noah's Landing Lot 73         74
12  Exhibit 13    Garnishment Summons           87
13  Exhibit 14    Writ of Garnishment of Wages for
14          Day C Soul Mechanical, Inc.       97
15
16
17
18
19
20
21
22

2 (Pages 2 - 5)

Page 22

1    Q    Okay.  And did you call Andrew or myself
2    before March 14th to tell us you weren't going to show
3    up?
4        A    No.
5        Q    Okay.  All right.  I would like to have you
6    look at Exhibit Number 7, please.  It's this top one,
7    the notice of deposition.  This, again, is Exhibit
8    Number 7.  If you could please turn to the third page
9    of this document.
10            At the top, it says documents for
11    production.  Do you see that?
12       A    I do.
13       Q    Okay.  And then underneath that, there's
14   numbers one through thirteen.  Do you know that this
15   document, the subpoena, required you to bring certain
16   documents with you today?
17       A    Yes.
18       Q    Okay.  And we had discussed it prior to
19   today?
20       A    Yes.
21       Q    Okay.  And did you bring those documents
22   with you?

Page 23

1        A    No.
2        Q    Did you bring any documents with you?
3        A    No.
4        Q    Why not?
5        A    Because I don't have it.
6        Q    What do you mean you don't have it?
7        A    I have to go through my records and -- and
8    find it.  And I have to go through my previous email,
9    like I told you before.  The company will close in
10   last year, 2022.  And then I lost all the records.
11   So --
12       Q    Okay.  So when you say you need to go
13   through your records, are those paper records, are
14   they stored electronically somewhere?
15       A    They probably still electronic somewhere.
16   But as you know, when I close the company -- so I
17   don't have any management and no secretary.  And all
18   those records were saved on -- I believe on a memory
19   disk.  I have to -- I have to find it.  I don't have
20   it with me right now.  And I have to go through my
21   emails, too.
22       Q    Okay.  So as you know, and as we discussed

Page 24

1    on March 15th and in our email correspondence, failure
2    to bring the documents is a violation of the court
3    order.  And if we don't receive those documents within
4    14 days of today, we're going to file a motion with
5    the court, notifying them of your failure to produce
6    those.  Okay?
7            If you don't have the records, that's one
8    aspect of it.  But failure to produce them is another.
9    So what we're going to do is we're going to go through
10   this list.  I'm going to ask you whether or not you
11   have them with you today.  I think you've already
12   established that you haven't brought them with you.
13           But then you'll tell me whether you have
14   those records in your possession or not, if you can
15   locate them somewhere.  Okay?
16       A    Okay.
17       Q    And then we'll proceed to other questions.
18   All right.  And feel free to just follow along on that
19   page.  That's what I'm going to be reading from.  So
20   the first document request is "Any and all documents
21   or communications regarding payments between HITT
22   Contracting and you related to the project," which is

Page 25

1    300 M Street.
2            Do you have any of those records with you
3    today?
4        A    I don't have any of those records and I
5    don't -- and I won't be able to provide it -- to
6    provide you with any of those records because I didn't
7    have any communication or any business with HITT.  The
8    contract I had was with Brother Mechanical [sic].
9        Q    Okay.  So you had no communications with
10   HITT Contracting, the general contractor on 300 M
11   Street?
12       A    I do not.
13       Q    Okay.  Number 2, "Any and all documents or
14   communications regarding payments between Brother's
15   Mechanical and you related to the project 300 M
16   Street."
17       A    I do.
18       Q    You do?  We've asked that you provide those
19   to us within 14 days of today.  And we'll keep track
20   and follow up at the end with a full list of what you
21   need to provide.  Okay?
22       A    Okay.

7 (Pages 22 - 25)

# EXHIBIT 9

| | |
|---|---|
| **From:** | Edgar Jimenez |
| **To:** | Jacqueline Canzoneri; "Edgar Jiménez" |
| **Cc:** | Andrew Costa-Kelser |
| **Subject:** | Re: Perez et al. v. HITT et al - Judgment Enforcement |
| **Date:** | Thursday, May 9, 2024 5:13:01 PM |

Jacqueline,

Just to let you know I'll be at the court tomorrow, can you please send me the address were I need to go.

Thank you for the extra help you give me.

Get Outlook for iOS

---

**From:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>
**Sent:** Thursday, May 9, 2024 9:57:43 AM
**To:** 'Edgar Jimenez' <daycj.plumbing@yahoo.com>; 'Edgar Jiménez' <edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment Enforcement

Edgar,

Please let us know the status of the document production ███████████████████████ ████████████████████████████

Thanks,
Jacqueline

---

**From:** Jacqueline Canzoneri
**Sent:** Wednesday, May 8, 2024 8:42 AM
**To:** 'Edgar Jimenez' <daycj.plumbing@yahoo.com>; 'Edgar Jiménez' <edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment Enforcement

Edgar,

Following up on the message below.  Please let us know the status of the document production ██ ████████████████████████████████████████ ███████████████████

Thanks,
Jacqueline

---

**From:** Jacqueline Canzoneri
**Sent:** Tuesday, May 7, 2024 10:41 AM
**To:** 'Edgar Jimenez' <daycj.plumbing@yahoo.com>; 'Edgar Jiménez'

<edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment Enforcement

Edgar,

███████████████████████████████████████████████████████████.
Please let us know the status of the document production, a██████████████████████████
█████████████████████████████████████████

Thank you,
Jacqueline

---

**From:** Jacqueline Canzoneri
**Sent:** Thursday, May 2, 2024 11:46 AM
**To:** Edgar Jimenez <daycj.plumbing@yahoo.com>; Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** RE: Perez et al. v. HITT et al - Judgment Enforcement

Thanks.  We will call you at 1pm.

---

**From:** Edgar Jimenez <daycj.plumbing@yahoo.com>
**Sent:** Thursday, May 2, 2024 10:44 AM
**To:** Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com>; Edgar Jiménez <edgarjjimenez1985@gmail.com>
**Cc:** Andrew Costa-Kelser <AKelser@odonoghuelaw.com>
**Subject:** Re: Perez et al. v. HITT et al - Judgment Enforcement

Jacqueline,
Good morning please call me any time today.

Thank you,
Edgar Jimenez | President
Day CJ Plumbing & Mechanical, Inc
Mobile: 240-426.2158

On Thursday, May 2, 2024, 8:00 AM, Jacqueline Canzoneri <jcanzoneri@odonoghuelaw.com> wrote:

Edgar,


Please let us know when you're available for a phone call.