IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JORGE PEREZ, *et al.*, ) | |
| ) | Case No. 1:24-mc-00031 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| HITT CONTRACTING, INC., *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER ON PLAINTIFFS' MOTION
TO COMPEL AND FOR SANCTIONS**

Upon consideration of Plaintiffs' Motion to Compel and for Sanctions ("Motion"), and all relevant documents and evidence, and good cause appearing therefor, it is hereby:

ORDERED:

1. Plaintiffs' Motion to Compel and for Sanctions is **GRANTED.** Edgar Jimenez shall respond to Plaintiffs' discovery requests, on or before fourteen days from the date of this Order; and

2. Edgar Jimenez shall pay Plaintiffs' attorneys' fees and costs, totaling $2,234.10, associated with preparing for the deposition to which Edgar Jimenez failed to appear on March 14, 2024 and with filing and briefing this Motion.

_____
United States District Judge