# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JORGE PEREZ, *et al.*, ) | |
| ) | Case No. 1:24-mc-00031 |
| Plaintiffs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| HITT CONTRACTING, INC., *et al.*, ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2024, I caused the foregoing to be sent by first-class mail, postage prepaid, to:

DayCJ Plumbing & Mechanical Inc.
18201 Pinecroft Court
Gaithersburg, MD 20877

Edgar Jimenez
3400 Potomac Ave., Unit 1217
Arlington, VA 22202

Edgar Jimenez
13301 Center Lake Dr., #2108
Austin, TX 78753


/s/  Jacqueline C. Canzoneri