IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JORGE PEREZ ET AL.,

    Plaintiffs,

v.

                                    Case No. 1:24-mc-00031-BAH

HITT CONTRACTING, INC., ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 11th day of April, 2025, ORDERED that:

(1) Plaintiffs' motion to compel and for sanctions, ECF 18, is GRANTED IN PART AND DENIED IN PART;

(2) Defendant Edgar Jimenez is DIRECTED to produce the documents listed in the subpoena that was served on him on February 20, 2024, listed on pages 4–5 of ECF 18-3, to Plaintiffs' counsel within twenty-one (21) days of the date of this order (by May 2, 2025);

(3) Defendant Edgar Jimenez SHALL PAY Plaintiffs' attorneys fees in the amount of $1,008.00 and costs in the amount of $616.10, associated with preparing for the deposition to which Edgar Jimenez failed to appear on March 14, 2024, and with filing and briefing the motion to compel and for sanctions;

(4) The Clerk is directed to SEND a copy of this order, the accompanying memorandum opinion, and pages 4–5 of ECF 18-3 to Defendant Edgar Jimenez at the following addresses:

Edgar Jimenez
DayCJ Plumbing & Mechanical Inc.
 18201 Pinecroft Court
Gaithersburg, MD 20877

Edgar Jimenez
3400 Potomac Ave., Unit 1217
Arlington, VA 22202

Edgar Jimenez
13301 Center Lake Dr., #2108
Austin, TX 78753

/s/
Brendan A. Hurson
United States District Judge

2